**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY, JR. <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, <br><br> Defendant. | Case No. 2:18-cv-01131-RFB-GWF <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Stanley K. Anthory, Jr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 25, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 18, 2018. Good cause exists for this extension in that the allegations in Plaintiff's Complaint involve his Chapter 13 Bankruptcy filed in 2016, and Trans Union's reporting of a tradeline during Plaintiff's bankruptcy through January 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 8, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

1

[2592738v1]

1  Dated this 10th day of July, 2018

2                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

3                                        */s/ Jason G. Revzin*

4                                        Jason G. Revzin
                                         Nevada Bar No. 8629

5                                        6385 South Rainbow Blvd., Suite 600
                                         Las Vegas, NV 89118

6                                        Telephone: (702) 893-3383
                                         Facsimile: (702) 893-3789

7                                        Email: Jason.revzin@lewisbrisbois.com
                                         Counsel for Trans Union LLC

8

9

10                                       **HAINES & KRIEGER, LLC**

11                                       */s/ David H. Krieger*

12                                       David H. Krieger
                                         Nevada Bar No. 9086

13                                       8985 S. Eastern Avenue, Suite 350
                                         Henderson, NV 89123

14                                       Telephone: (702) 880-5554
                                         Facsimile: (702) 383-5518

15                                       Email: dkrieger@hainesandkrieger.com
                                         Counsel for Plaintiff

16                                       **ORDER**

17        The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or

18  otherwise respond is so ORDERED AND ADJUDGED.

19        Dated this 11th day of July, 2018.

20

21

22                                       GEORGE FOLEY, JR.
                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                                                                    2

[2592738v1]