David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, STANLEY K. ANTHORY JR.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY JR., <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:18-cv-01131-RFB-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff STANLEY K. ANTHORY JR. and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 15, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jason G. Revzin, Esq. |
| David H. Krieger, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 8629 |
| HAINES & KRIEGER, LLC | LEWIS BRISBOIS BISGAARD $ SMITH, LLP |
| 8985 S. Eastern Avenue Suite 350 | 6385 S. Rainbow Blvd Suite 600 |
| Henderson, Nevada 89123 | Las Vegas, NV 89118 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: October 17, 2018.